# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Oscar Andres Castro Garrido

Petitioner,

V.

Kristi Noem, Secretary of DHS
2707 Martin Luther King Jr Ave, SE
Washington, DC 20528-0525

Pam Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Todd Lyons, Acting Director
Immigrations and Customs Enforcement
500 12th Street SW
Washington, DC 20536

Peter Rodino Federal Building
Newark Field Office
970 Broad St Room 1200,
Newark, NJ 07102

Respondent.

NO.:

PETITION FOR WRIT OF HABEAS CORPUS

**PETITION FOR A WRIT OF HEABEAS CORPUS**

**PURSUANT TO 28 U.S.C. § 2241**

Petitioner, Oscar Andres Castro Garrido, by and through undersigned counsel, respectfully petitions this Court for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and alleges as follows:

## INTRODUCTION

1. Petitioner, Oscar Andres Castro Garrido ("Petitioner"), is a 30-year-old native and citizen of Ecuador, born on April 4, 1996.
2. Petitioner is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at Delaney Hall Detention Facility in Newark, New Jersey.
3. Petitioner lawfully entered the United States on or about August 14, 2021, pursuant to a valid B-2 nonimmigrant visa. Petitioner entered the United States through lawful immigration channels and has remained in the United States since his admission.
4. Petitioner has established substantial family and community ties in the United States. He is married to a United States citizen. Petitioner and his wife were legally married on January 27, 2026, in the State of New York.
5. Following his marriage, Petitioner and his United States citizen spouse pursued an affirmative family-based immigration process. Petitioner's wife filed a Form I-130, Petition for Alien Relative, on his behalf on June 12, 2026. The petition remains pending with U.S. Citizenship and Immigration Services ("USCIS") under Receipt Number IOE0937255148.
6. In addition to the pending Form I-130, Petitioner and his spouse pursued adjustment of status through the filing of Form I-485, Application to Register Permanent Residence or Adjust Status. Petitioner also filed Form I-765, Application for Employment

Authorization. Petitioner possesses the corresponding USCIS receipt notices establishing that these applications are pending.

7. USCIS subsequently scheduled Petitioner for an interview concerning his Form I-485 application. Petitioner appeared for that interview as required. Rather than permitting Petitioner to continue through the pending adjustment-of-status process, immigration authorities detained him in connection with his appearance at the interview.

8. Petitioner's conduct demonstrates that he was attempting to comply with the immigration laws and regularize his immigration status through lawful administrative procedures. He did not evade USCIS or ICE. To the contrary, he appeared for his scheduled adjustment-of-status interview and continued to pursue lawful permanent resident status through his marriage to a United States citizen.

9. Petitioner has substantial equities weighing heavily in favor of his release. He has a United States citizen spouse, a pending Form I-130, a pending Form I-485, a pending Form I-765, and an established residence and address in the United States.

10. Petitioner has no known criminal history and has not been alleged to pose a danger to the community. His lawful entry, compliance with USCIS proceedings, marriage to a United States citizen, pending applications, and established residence demonstrate that he has strong incentives to comply with all future immigration proceedings.

11. ICE has nevertheless continued Petitioner's detention without providing him with an adequate individualized custody determination demonstrating that his continued physical confinement is necessary to prevent flight or protect the community.

12. Petitioner's continued detention is arbitrary and unreasonable and violates the Due Process Clause of the Fifth Amendment.

13. Accordingly, this Court should grant the writ of habeas corpus and order Petitioner's immediate release or, alternatively, direct Respondents to provide Petitioner with a prompt individualized bond hearing before an Immigration Judge.

## CUSTODY

14. Petitioner is in the physical custody of Respondents. Petitioner is presently detained at Delaney Hall Detention Facility, 451 Doremus Avenue, Newark, New Jersey 07105.

15. Petitioner is under the direct control and custody of ICE and its agents. His continued physical confinement constitutes custody for purposes of 28 U.S.C. § 2241.

## JURISDICTION AND VENUE

16. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 2241 because Petitioner is presently in federal immigration custody and challenges the legality of his continued detention.

17. Petitioner seeks relief from the physical restraint imposed upon him by Respondents and challenges the constitutional and statutory legality of his continued detention.

18. Venue is proper in the District of New Jersey pursuant to 28 U.S.C. § 1391(e) because Petitioner is detained within this District at Delaney Hall Detention Facility and Respondents exercise custody and control over him within this District.

## THE PARTIES

19. Petitioner Oscar Andres Castro Garrido is a citizen and national of Ecuador who lawfully entered the United States on or about August 14, 2021, pursuant to a valid B-2 nonimmigrant visa. Petitioner has resided in the United States since his lawful admission and has established significant family and community ties in this country.

20. Defendant Krisiti Noem is the Secretary of the Department of Homeland Security in Washington, D.C. Ms. Noem is responsible for the enforcement of the U.S. immigration laws, including those governing the admissibility of foreign nationals in the U.S. Ms. Noem and agents acting under her direction are at present detaining Petitioner. Ms. Noem is being sued in her official capacity only.

21. Defendant Todd Lyons is the Acting Director of Immigration and Customs Enforcement in Washington, D.C. Mr. Lyons is responsible for the enforcement of the U.S. immigration laws, and the agents holding Mr. Martinez Sanchez are under his direction. Mr. Lyons is being sued in his official capacity only.

22. Defendant Arthur Wilson, Jr. is the Acting Deputy Director of the ICE Newark Field Office, which oversees Petitioner's detention at Delaney Hall Detention Facility. Mr. Wilson is responsible for ICE enforcement operations within the Newark Area of Responsibility. Mr. Zarate Arango is detained under Mr. Wilson's authority. Mr. Wilson is sued solely in his official capacity.

## LEGAL BACKGROUND

### A. Statutory and Constitutional Limits for Immigration Detention

16. The Fifth Amendment to the United States Constitution protects persons within the United States from deprivation of liberty without due process of law. As the Supreme Court has recognized, "[i]t is well-established that the Fifth Amendment entitles aliens to due process of law in deportation proceedings." Demore v. Kim, 538 U.S. 510, 523 (2003) (quoting Reno v. Flores, 507 U.S. 292, 306 (1993)).

17. Freedom from imprisonment and government custody lies at the heart of the liberty protected by the Due Process Clause. Zadvydas v. Davis, 533 U.S. 678, 690 (2001).

Although the government possesses substantial authority to detain noncitizens during immigration proceedings, that authority remains subject to constitutional limitations.

18. Immigration detention is civil rather than punitive. Accordingly, detention must bear a reasonable relationship to the legitimate governmental purposes for which the detention is authorized. Zadvydas, 533 U.S. at 690.

19. Where detention is authorized under 8 U.S.C. § 1226(a), the statute provides for discretionary detention while removal proceedings are pending. The statutory framework permits release on bond or conditional parole where appropriate and requires an individualized assessment of the circumstances supporting continued detention.

20. The Third Circuit has recognized that immigration detention cannot continue indefinitely without meaningful consideration of whether continued detention remains justified. See Diop v. ICE/Homeland Security, 656 F.3d 221, 233-35 (3d Cir. 2011). Although Diop involved detention under § 1226(c), its recognition that constitutional due process requires an individualized inquiry when detention becomes unreasonable reinforces the fundamental principle that civil detention must remain connected to a legitimate governmental purpose.

21. Courts within the Third Circuit have also recognized that individuals whose detention is governed by § 1226(a) are entitled to an individualized bond determination. Recent federal decisions have expressly held that § 1226(a) provides a right to an individualized bond hearing in appropriate circumstances.

22. The Supreme Court has recognized that the legitimate purposes underlying immigration detention include preventing flight and protecting the community. See Demore, 538 U.S. at 518-21; Zadvydas, 533 U.S. at 690.

23. Petitioner's circumstances demonstrate that continued detention is unnecessary to accomplish either purpose. Petitioner has a United States citizen spouse, an established residence, pending immigration applications, and a demonstrated history of complying with USCIS requirements, including appearing for his scheduled adjustment-of-status interview.

24. Petitioner's detention is therefore subject to the constitutional requirement that his continued confinement be supported by an individualized determination that detention is necessary.

**FIRST CLAIM FOR RELIEF**

**VIOLATION OF THE DUE PROCESS CLAUSE OF THE U.S. CONSTITUTION**

25. Petitioner re-alleges and incorporates by reference the preceding paragraphs as though fully set forth herein.

26. The Due Process Clause of the Fifth Amendment protects all persons within the United States from arbitrary deprivation of liberty.

27. Petitioner lawfully entered the United States on August 14, 2021, pursuant to a valid B-2 visa. He thereafter established significant family and community ties in the United States.

28. Petitioner is married to a United States citizen. The couple was legally married on January 27, 2026, in New York.

29. Petitioner's wife subsequently pursued a family-based immigration petition on his behalf. The Form I-130 was filed on June 12, 2026, and remains pending under Receipt Number IOE0937255148.

30. Petitioner also filed Forms I-485 and I-765 with USCIS. These applications demonstrate that Petitioner has affirmatively sought to obtain lawful permanent resident status and employment authorization through the immigration process.

31. USCIS scheduled Petitioner for an interview concerning his Form I-485 application. Petitioner complied with the government's requirement and appeared for the scheduled interview. He was detained in connection with that appearance.

32. Petitioner's appearance at his USCIS interview is compelling evidence that he is not attempting to evade immigration authorities. Rather, Petitioner voluntarily appeared before USCIS to pursue his pending immigration applications.

33. Petitioner has substantial equities weighing against continued detention, including his lawful entry, his marriage to a United States citizen, his pending Form I-130, his pending Form I-485, his pending Form I-765, his established residence, and his demonstrated compliance with USCIS requirements.

34. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1226(c) based upon any facts presently known to Petitioner. To the extent Respondents contend that another statutory detention provision applies, Respondents should be required to identify the specific statutory basis for Petitioner's continued detention.

35. To the extent Petitioner's detention is governed by 8 U.S.C. § 1226(a), Petitioner is entitled to an individualized custody determination addressing whether he presents a danger to the community or a risk of flight.

36. Respondents have not established any individualized facts demonstrating that Petitioner presents a danger to the community or that his continued detention is necessary to prevent flight.

37. Petitioner has demonstrated every intention of complying with the immigration laws. He entered the United States lawfully, maintained an established residence, married a United States citizen, pursued a family-based immigration petition, filed an adjustment-of-status application, and appeared for his scheduled USCIS interview.

38. Under these circumstances, continued detention without a meaningful individualized determination violates Petitioner's right to due process.

39. Petitioner therefore respectfully requests that this Court order his immediate release or, alternatively, order Respondents to provide him with a prompt individualized bond hearing before an Immigration Judge.

**SECOND CLAIM FOR RELIEF**

**VIOLATION OF THE FOURTH AMENDMENT OF THE U.S. CONSTITUTION**

40. Petitioner re-alleges and incorporates by reference the preceding paragraphs.

41. Pursuant to 28 U.S.C. § 2241, this Court has authority to review the legality of Petitioner's present physical custody.

42. Petitioner's continued detention is unlawful because Respondents have failed to provide a sufficient individualized justification for depriving Petitioner of his liberty.

43. Petitioner entered the United States lawfully pursuant to a valid B-2 visa and remained in the United States while pursuing a lawful family-based immigration process.

44. Petitioner has a pending Form I-130 filed by his United States citizen spouse on June 12, 2026, under Receipt Number IOE0937255148.

45. Petitioner also has pending Forms I-485 and I-765 before USCIS. His adjustment-of-status process was sufficiently advanced that USCIS scheduled him for an interview.

46. Petitioner appeared for that interview as required. His detention following his appearance further demonstrates his willingness to comply with immigration authorities.

47. Petitioner has an established residence and significant family ties in the United States. His marriage to a United States citizen provides him with an especially strong incentive to comply with all future immigration proceedings.

48. Nothing presently known to Petitioner establishes that he poses a danger to the community or presents a substantial risk of flight.

49. Respondents therefore cannot justify Petitioner's continued physical confinement merely by reference to his immigration status or the existence of removal proceedings.

50. Continued detention without a meaningful individualized custody determination constitutes an abuse of discretion and an unlawful restraint on Petitioner's liberty.

51. Accordingly, this Court should order Respondents to immediately release Petitioner or, alternatively, provide Petitioner with a prompt individualized bond hearing before an Immigration Judge.

**THIRD CLAIM FOR RELIEF**

**UNLAWFUL DETENTION PURSUANT TO 28 U.S.C. § 2241**

52. Petitioner re-alleges and incorporates by reference the preceding paragraphs.

53. The Fourth Amendment prohibits unreasonable seizures and protects individuals against arbitrary governmental restraint.

54. Petitioner appeared at USCIS for a scheduled adjustment-of-status interview pursuant to the government's own immigration procedures. He did not evade USCIS, refuse to appear, or conceal himself from immigration authorities.

55. Instead, Petitioner appeared voluntarily for his scheduled interview in connection with his pending Form I-485 application.

56. To the extent Respondents arrested Petitioner without a judicial warrant, Petitioner respectfully requests that Respondents be required to identify the legal authority and factual basis upon which the arrest was made.

57. Petitioner's lawful entry, established residence, marriage to a United States citizen, pending immigration applications, and voluntary appearance at his USCIS interview demonstrate substantial facts inconsistent with any claim that Petitioner was attempting to flee or evade immigration authorities.

58. To the extent the arrest was based upon an administrative immigration warrant, such warrant does not eliminate the constitutional requirement that the government's seizure be reasonable under the circumstances.

59. Petitioner's continued physical restraint is likewise subject to constitutional limitations and cannot be maintained indefinitely without a legitimate individualized governmental justification.

60. Accordingly, Petitioner's arrest and continued detention, to the extent unsupported by a lawful and individualized basis, violate the Fourth Amendment.

## FOURTH CLAIM FOR RELIEF

## VIOLATION OF THE ADMINISTRATIVE PROCEDURES ACT

61. Petitioner re-alleges and incorporates by reference the preceding paragraphs.

62. Under the Administrative Procedure Act ("APA"), a reviewing court shall set aside agency action that is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. 5 U.S.C. § 706(2)(A).

63. Agency action is arbitrary and capricious when the agency fails to consider important aspects of the problem, relies upon considerations Congress did not intend it to consider,

or offers an explanation that runs counter to the evidence before the agency. See Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto. Ins. Co., 463 U.S. 29, 43 (1983).

64. Here, Respondents' continued detention of Petitioner is arbitrary and capricious because Respondents have failed to meaningfully consider the substantial circumstances weighing in favor of Petitioner's release.

65. Petitioner lawfully entered the United States on August 14, 2021, pursuant to a B-2 visa.

66. Petitioner is married to a United States citizen. The couple was legally married on January 27, 2026, in New York.

67. Petitioner's spouse filed a Form I-130 on his behalf on June 12, 2026, under Receipt Number IOE0937255148.

68. Petitioner also filed Forms I-485 and I-765 with USCIS. He appeared for the adjustment-of-status interview scheduled by USCIS and was detained in connection with that appearance.

69. These facts demonstrate that Petitioner has affirmatively attempted to comply with the immigration laws and regularize his status through the lawful immigration process.

70. Respondents have failed to identify any individualized facts demonstrating that Petitioner presents a danger to the community or that detention is necessary to ensure his appearance at future proceedings.

71. Respondents have likewise failed to meaningfully consider less restrictive alternatives to detention, including release on bond, parole, reporting requirements, or other conditions designed to ensure Petitioner's continued compliance with immigration proceedings.

72. Petitioner's detention appears to have been imposed without meaningful consideration of his individual circumstances and without adequate consideration of the substantial equities supporting release.

73. Such action is arbitrary, capricious, an abuse of discretion, and otherwise contrary to law.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner Oscar Andres Castro Garrido respectfully requests that this Honorable Court:

A. Assume jurisdiction over this matter pursuant to 28 U.S.C. § 2241;

B. Grant expedited consideration of this Petition due to Petitioner's ongoing deprivation of liberty;

C. Issue a Writ of Habeas Corpus ordering Respondents to immediately release Petitioner from custody;

D. In the alternative, order Respondents to provide Petitioner with a prompt individualized bond hearing before an Immigration Judge within seven (7) days;

E. Order Respondents to show cause pursuant to 28 U.S.C. § 2243 why the requested relief should not be granted;

F. Declare that Petitioner's continued detention, absent an adequate individualized determination supporting continued confinement, violates the Fifth Amendment to the United States Constitution;

G. Declare that Petitioner's detention and/or arrest, to the extent unsupported by a lawful and individualized basis, violates the Fourth Amendment to the United States Constitution;

H. Declare that Respondents' failure to meaningfully consider Petitioner's individual circumstances and alternatives to detention is arbitrary, capricious, an abuse of discretion, and otherwise contrary to law under the Administrative Procedure Act;

I. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Pasquale F. Giannetta, Esq.
466 Bloomfield Avenue-Ste.201
Newark, New Jersey 07107
(973)482-7910
Attorney for Petitioner
Attorney ID 020251987

# Exhibit List

Exhibit A – Form I-130 Receipt Notice,

Exhibit B – Form I-485 Receipt Notice

Exhibit C – Form I-765 Receipt Notice

Exhibit D – Petitioner's Birth Certificate

Exhibit E – Petitioner's Passport and I-94

Exhibit F – Proof of Petitioner's Address/Residence

Exhibit G – ICE Notice of Custody/Detention Records

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | June 15, 2026 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0937255148 | June 12, 2026 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| June 12, 2026 | 201 B INA SPOUSE OF USC | January 05, 2005 |

DANIELA MARTINEZ
90 DOW ST APT 1
BELLEVILLE, NJ 07109

2 00000279

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

**Application/Petition Fee:** $675.00
**Total Amount Received:** $675.00
**Total Balance Due:** $0.00

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| CASTRO GARRIDO, OSCAR | 4/4/1996 | ECUADOR | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0937255148 | 011339858552 | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 06/12/2026 | **Priority Date** 06/12/2026 | **Applicant** MARTINEZ, DANIELA |
| **Notice Date** 06/16/2026 | **Page** 1 of 1 | |

MARTINEZ, DANIELA
c/o DANIELA MARTINEZ
90 DOW ST APT 1
BELLEVILLE NJ 07109

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** 3D9A9-7C28-3CFB5

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Your Online Access Code will expire 90 days from the notice date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/ contactcenter.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**

# EXHIBIT B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | June 15, 2026 |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | USCIS ALIEN NUMBER |
| RECEIPT NUMBER<br>IOE0937255147 | RECEIVED DATE<br>June 12, 2026 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>June 12, 2026 | PREFERENCE CLASSIFICATION<br>Spouse of a U.S. citizen | DATE OF BIRTH<br>April 04, 1996 |

OSCAR A. CASTRO GARRIDO
C/O OSCAR ANDRES CASTRO GARRIDO 2 00000281
90 DOW ST APT 1
BELLEVILLE, NJ 07109

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,440.00 |
| **Total Amount Received:** | $1,440.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283

# EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | June 15, 2026 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0937255146 | June 12, 2026 | 1 of 1 |
| | | DATE OF BIRTH |
| | | April 04, 1996 |

OSCAR A. CASTRO GARRIDO
C/O OSCAR ANDRES CASTRO GARRIDO 2 00000280
90 DOW ST APT 1
BELLEVILLE, NJ 07109

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $260.00 |
| **Total Amount Received:** | $260.00 |
| **Total Balance Due:** | $0.00 |

**Eligibility Category: C09**

We have received your form and are currently processing it. We will notify you separately about any other form you filed. If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you filed to renew your Employment Authorization Document (EAD) under category A03, A05, A07, A08, A10, A12, A17, A18, C08, C09, C10, C16, C19, C20, C22, C24, C26, or C31, you may be eligible for an automatic extension of your EAD. Full details and an eligibility calculator are at uscis.gov/eadautoextend.
You qualify for an automatic extension if: (1) the category on your current EAD matches the "Class Requested" listed on this notice, * and (2) the "Received Date" on this notice is before the "Card Expires" date on your EAD.
If you are eligible for an automatic extension of your EAD, you can show this notice with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. The automatic extension is for up to 540 days* from the expiration date printed on the front of your EAD. If we deny your renewal application, the automatic extension ends immediately, and you can no longer use this notice for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to Advance Parole. This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this application is still pending.
*If you filed under the A12 or C19 classifications, you qualify for an automatic extension of the shorter of one year or the duration of your Temporary Protected status (TPS), and if: (1) this notice and your expired EAD contain either A12 or C19 (they do not need to match); and (2) you filed your renewal Form I-765 during the TPS re-registration period indicated in the applicable Federal Register notice for your country found at uscis.gov/humanitarian/temporary-protected-status.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283

# EXHIBIT D

REPUBLIC OF ECUADOR
GENERAL DIRECTORATE OF CIVIL REGISTRY, IDENTIFICATION AND CITIZENSHIP

GENERAL DIRECTORATE OF CIVIL REGISTRY, IDENTIFICATION AND CITIZENSHIP

# BIRTH CERTIFICATE

The GENERAL DIRECTORATE OF CIVIL REGISTRY AND CITIZENSHIP, based on the information it has registered, issues this certificate.




**Name of Citizen:** CASTRO GARRIDO OSCAR ANDRES

**NUI/Passport:** 1003698527 **Sex:** MALE

**Date of birth:** APRIL 4 of 1996

**Place of birth (country / province / canton / parish):**

ECUADOR/PICHINCHA/QUITO/CHIMBACALLE

**Date of registration of birth:** 1997

**Place of registration of birth: (country / province / canton / parish):**

ECUADOR/PICHINCHA/QUITO/GONZALES SUAREZ

**Nationality:** ECUADORIAN

**Volume / Page / Minutes:** 1 / 302 / 302

**Father data:** CASTRO VILLACRES OSCAR ALFONSO

**NUI/Passport:** 1708022916 **Nationality:** ECUADORIAN

**Mother Information:** GARRIDO ALVARADO PAULINA DE LOS ANGELES

**NUI/Passport:** 1712288792 **Nationality:** ECUADORIAN

Information certified to date: OCTOBER 14 of 2026
Emissary: ALCIVAR MURILLO DAYANA SOFIA

Note: THIS CERTIFICATE REPLACES THE COMPUTERIZED CERTIFICATES OR ANY PREVIOUS DOCUMENT OF THIS KIND

Certificate Number: 263-237-56074

263-237-56074

Jorge Osorio Guarderas
General Director of the Civil Registry, Identification and Certification
**Electronically signed document.**

CERTIFICATE TRANSLATION

I, EDUARDO CARRANZA, hereby certify that the above is an accurate translation of the original translation in Spanish; and that, I am competent in both English and Spanish to render such translation.

Eduardo Mendoza
(Signature of Translator)

03 · 25 · 2026
(Date)

**REPÚBLICA DEL ECUADOR**
Dirección General de Registro Civil, Identificación y Cedulación

Dirección General de Registro Civil, Identificación y Cedulación

# CERTIFICADO DE NACIMIENTO

La Dirección General de Registro Civil, Identificación y Cedulación, en base a la información que tiene registrada, emite el presente certificado:




**Nombre del ciudadano:** CASTRO GARRIDO OSCAR ANDRES

**NUI/Pasaporte:** 1003698527 **Sexo:** HOMBRE

**Fecha de nacimiento:** 4 DE ABRIL DE 1996

**Lugar de nacimiento (país/provincia/cantón/parroquia):**

ECUADOR/PICHINCHA/QUITO/CHIMBACALLE

**Fecha de registro de nacimiento:** 1997

**Lugar de registro de nacimiento (país/provincia/cantón/parroquia):**

ECUADOR/PICHINCHA/QUITO/GONZALEZ SUAREZ

**Nacionalidad:** ECUATORIANA

**Tomo / Página / Acta:** 1 / 302 / 302

**Datos del Padre:** CASTRO VILLACRES OSCAR ALFONSO

**NUI/Pasaporte:** 1708022916 **Nacionalidad:** ECUATORIANA

**Datos de la Madre:** GARRIDO ALVARADO PAULINA DE LOS ANGELES

**NUI/Pasaporte:** 1712288792 **Nacionalidad:** ECUATORIANA

Información certificada a la fecha: 29 DE ABRIL DE 2026
Emisor: ALCIVAR MURILLO DAYANA SOFIA

Nota: El presente certificado reemplaza a las partidas computarizadas o cualquier documento anterior de ésta índole.

N° de certificado: 264-271-60451

264-271-60451

Lcdo. Ottón José Rivadeneira González
Director General del Registro Civil, Identificación y Cedulación
Documento firmado electrónicamente

La institución o persona ante quien se presente este certificado deberá validarlo en:**https://virtual.registrocivil.gob.ec**, conforme a la LOGIDAC Art. 4, numeral 1 y a la LCE. Vigencia del documento 3 validaciones o 2 meses desde el día de su emisión. En caso de presentar inconvenientes con este documento escriba a **enlinea@registrocivil.gob.ec**

# EXHIBIT E



OBSERVACIONES/REMARKS/OBSERVATIONS

A4382292

PASAPORTE
PASSPORT

P ECU A4382292

CASTRO GARRIDO

OSCAR ANDRES

ECUATORIANA / ECUADORIAN

04 ABR / APR 1996 1003698527

M QUITO, ECU

06 AGO / AUG 2021 DIGERCIC 897443

06 AGO / AUG 2031 A0527761

P<ECUCASTRO<GARRIDO<<OSCAR<ANDRES<<<<<<<<<<<

A4382292<8ECU9604043M3108066100369852 7<<<<72

For: **OSCAR ANDRES CASTRO GARRIDO**

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** 646314460A2

**Arrival/Issued Date:** 2021 August 14

**Class of Admission:** B2

**Admit Until Date:** 2022 February 13

**Details provided on the I-94 Information form:**

**Last/Surname:** CASTRO GARRIDO

**First (Given) Name:** OSCAR ANDRES

**Birth Date:** 1996 April 04

**Document Number:** A4382292

**Country of Citizenship:** Ecuador

---

Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

For security, close your browser after retrieving your I-94/I-95 number.

Nonimmigrant travelers departing the United States by land or private vessel can now use the CBP Link Mobile Application to report their departure. Please note that departure should only be reported after you have physically left the United States. If you departed by air or sea, your departure was likely recorded automatically.

OMB No. 1651-0111
Expiration Date: 05/31/2026

# EXHIBIT F

PSEG

**Total amount due** $209.00
**Please pay by** March 20, 2026

# Your energy bill

**Bill date:** March 05, 2026
**For the period:** January 31, 2026 to March 03, 2026

## Message Center

**PSE&G works hard to keep customer bills as low as possible.** Our residential gas rates are the lowest in the state and region. But colder weather can still cause higher bills due to increased heating use. Visit pseg.com/SaveEnergy for ways to save.

**This bill includes a $10 charge to recover a portion of the Electric Generation/Capacity Credit.** The credit was applied to customer bills in July and August to defer the impact of the June 1st electric supply increase.

**Help is available to pay your energy bill!** Apply for the Low Income Home Energy Assistance Program (LIHEAP) and the Universal Service Fund (USF) with one application. Visit pseg.com/Energy Assistance and select "PSE&G" when asked to choose your agency. If you need assistance, visit a PSE&G customer service center, or call 908-709-6868. For program application status updates, call 1-800-510-3102 (Mon -Fri 8 a.m. to 8 p.m.).

**NEXT METER READING** April 1, 2026

### How to contact us

**Visit pseg.com** or **access *My Account*** for your account info.

**Download our mobile app.** To learn more, visit pseg.com/app.

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734).
> Report and track outages by texting **OUT** or **STAT.**

**Call 1-800-436-PSEG (7734)**
Customer Service: 7am to 8pm Mon-Fri
Emergencies / Outages / WorryFree Services: 24/7
TDD/TTY for the hearing impaired: 711

@PSEG @PSEG @PSEGDelivers

**OSCAR CASTRO**
**DANIELA MARTINEZ**

**ACCOUNT NUMBER**
7807371307

**SERVICE ADDRESS**
248 HIGHLAND AVE FL 2
KEARNY TOWN NJ 07032-2058

## Snapshot of what you owe

See page 2 for details

| | |
|---|---|
| Balance remaining from your last bill | $0.00 |
| *Plus* This month's charges and credits | $209.00 |
| **Total amount due by Mar 20, 2026** | **$209.00** |

***If you were enrolled in our Equal Payment Plan,** your monthly payment would be $203.00. To automatically enroll in this plan, please pay $203.00 instead of the amount due on this bill. For more information, visit pseg.com/epp.*



PSEG

Account number 7807371307
Total amount due by Mar 20, 2026 $209.00

**Amount enclosed**

**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic Debits using the bank account number on the enclosed check.

☐ By checking this box, I authorize PSE&G to enroll me in paperless billing at this email address: ______________________

OSCAR CASTRO
DANIELA MARTINEZ
248 HIGHLAND AVE
KEARNY TOWN NJ 07032-2058

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

7807371307 0000209007 00000000001

**OSCAR CASTRO**
**DANIELA MARTINEZ**
**Your account number: 7807371307**
Invoice Number: 605008383237

## Balance remaining from your last bill

| | | |
|---|---|---|
| | PSE&G balance from last bill | $203.18 |
| *Less* | Payment received February 18, 2026 – *thank you!* | -$203.18 |
| | **Balance remaining from your last bill** | **$0.00** |

## This month's charges and credits

| | | |
|---|---|---|
| | Gas charges - PSE&G | $152.15 |
| *Plus* | Electric charges - PSE&G | $46.85 |
| *Plus* | Other PSE&G Credits and Charges - *see page 4 for details* | $10.00 |
| | **This month's charges and credits** | **$209.00** |

**Total amount due by Mar 20, 2026** **$209.00**

### Don't miss your meter reading

If you'll be away on your meter reading day, use our mobile app to upload a picture of your meter or enter your reading manually, or call 1-800-622-0197.

### Electric & Gas Rate Information

For news about PSE&G's rate filing and upcoming public hearings visit **www.pseg.com/pseandgfilings.** Under applicable tax law, the State Sales and Use Tax and corporate business tax are imposed upon the energy you have used.

## Message Center (Continued from page 1)

Si desea recibir en español una notificación de desconexión del servicio, llame al **1-800-357-2262.**

**If you or a member of your household rely on electricity to operate life sustaining equipment,** please notify PSE&G. For more information, visit **pseg.com/life** or call **1-800-436-PSEG.**

**Beware of payment scams.** If you receive a phone call demanding immediate bill payment with a prepaid card or cash transfer app, it is a scam. When in doubt, hang up and call the number listed on your bill: 1-800-436-7734. For more information, visit pseg.com/ScamAlert.

***MyMeter* can help you save energy and money.** You can use *MyMeter* to see detailed information on how you use electricity, get helpful energy-saving tips, receive usage alerts and more. *MyMeter* is easy to access through *My Account* at pseg.com or through our mobile app.



IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

**My Account**
Make a payment anytime from a checking or savings account stored in *My Account*. Visit pseg.com/MyAccount.

**Automatic Bill Pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates. Enroll at pseg.com/Autopay.

**Mobile App**
Download our mobile app and login using your *My Account* password.

**Pay by Text**
Text PAY to 4PSEG (47734).

**Phone**
**Bank Account:** 1-800-553-7734
**Credit Card:** 1-833-277-8710

**By Mail**
Make your check payable to PSE&G and write your account number on your check.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**In Person**
Payments are accepted at any customer service center or authorized location. Visit pseg.com/csc for customer service center locations.

When you pay online or through our mobile app, you can also pay with PayPal, Google Pay, Apple Pay, Venmo or credit card. There is a fee associated with these payment methods.

**GO PAPERLESS!** To sign up visit **pseg.com/paperless**

OSCAR CASTRO
DANIELA MARTINEZ
**Your account number: 7807371307**
Invoice Number: 605008383237

# Details of your gas charges

Your rate: Residential Service Gas-Heating - RSG (HTG)

| *Meter # 4336562* | *Usage* | |
|---|---|---|
| Actual reading Mar 2, 2026 | 8095 | |
| *Less* Actual reading Jan 30, 2026 | 7973 | |
| **Difference** | **122** | |
| Converted to CCF x 1.012 | 123.464 | |
| Converted to therms x 1.036 | 127.909 | |
| **Total gas you used in 31 days** | **127.909** | **therms** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $10.00 |
| Charges for delivering gas to you: | | |
| | 127.909 therms x $0.669851 | $85.68 |
| Balancing Charge | 98.952 therms x $0.100756 | $9.97 |
| **Total gas delivery charges** | | **$105.65** |

## Supply charges

| | | |
|---|---|---|
| Cost of gas: | | |
| | 127.909 therms x $0.363540 | $46.50 |
| **Total gas supply charges** | | **$46.50** |
| **Total gas charges** | | **$152.15** |

## How much gas are you using?




Visit MyAccount for more details regarding your energy usage.

### Explaining gas charges

We measure the volume of gas you use in cubic feet (CCF) and then convert it to therms.

If you used a standard gas clothes dryer, it would take about 6 hours to equal 1 therm of energy.

### About the balancing charge

The balancing charge includes pipeline, storage and other costs associated with seasonal peaks in usage. It applies from October to May.

### Price to compare

If you want to consider getting your gas supply from another supplier, you can compare their price with ours. This month, your cost for gas supply is $46.50 (or an average of 0.36353970 per therm). This *price to compare* varies from month to month, depending on your usage.

**Your PoD ID is: PG000011757079641390** – Your PoD ID is your Point of Delivery identification within PSE&G's system. You will need this number if you are considering enrolling with another supplier.

**OSCAR CASTRO**
**DANIELA MARTINEZ**
**Your account number: 7807371307**
Invoice Number: 605008383237

## Details of your electric charges

Your rate: Residential Service (RS)

| *Meter # 302307411* | | *Usage* | |
|---|---|---|---|
| Actual reading Mar 3, 2026 | | 11942 | |
| *Less* Actual reading Jan 30, 2026 | | 11781 | |
| **Total electric you used in 32 days** | | **161** | **kWh** |

### Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $6.00 |
| Charges for delivering electric to you: | | |
| kWh charges | 161 kWh x $0.059938 | $9.65 |
| **Total electric delivery charges** | | **$15.65** |

### Supply charges

| | | |
|---|---|---|
| Cost of electric: | | |
| Charges | | |
| For the first | 145 kWh x $0.193241 | $28.02 |
| For the next | 16 kWh x $0.198750 | $3.18 |
| **Total electric supply charges** | | **$31.20** |

### Total electric charges $46.85

### How much electric are you using?




Visit MyAccount for more details regarding your energy usage.

### Energy Watch: Compare Your Electric Costs

| | Total Charges: | Days in Bill Cycle: | Average Daily Charges: |
|---|---|---|---|
| **Last Bill:** | $41.19 | 30 | $1.37 |
| **Current Bill:** | $46.85 | 32 | $1.46 |
| **Difference:** | +$5.66 | +2 | +$0.09 |

### Explaining electric charges

We charge for the electric you use in kilowatt hours (kWh). 1 kilowatt is equal to 1,000 watts.

If you use a standard LCD TV which uses ~150 watts while operating, it would take 7 hours of use to equal 1 kWh.

### Price to compare

If you want to consider getting your electric supply from another supplier, compare their price with ours. This month, your cost for energy supply is $31.20 (or an average of 0.193789 per kWh). This *price to compare* varies month to month, depending on your usage.

**Your PoD ID is: PE000011757080441390 –** Your PoD ID is your Point of Delivery identification within PSE&G's system. You will need this number if you are considering enrolling with another supplier.

## Other charges and credits

| | | |
|---|---|---|
| Elec Gen/Cap Cost Deferral Recovery | Mar 5, 2026 | $10.00 |
| **Total other charges and credits** | | **$10.00** |

PSEG

Total amount due **$128.17 CR**

# Your final bill

**Bill date:** April 07, 2026
**For the period:** March 03, 2026 to March 30, 2026

## Message Center

**Need help paying your energy bill?** Apply for the Low-Income Home Energy Assistance Program (LIHEAP) and the Universal Service Fund (USF) with one application. Visit pseg.com/Energy Assistance and select "PSE&G" when asked to choose your agency. If you need assistance, visit a PSE&G customer service center, or call 908-709-6868. For application status, call 800-510-3102.

**Smell. Leave. Call.** Know what to do if you smell gas. Natural gas has a distinctive odor that smells like rotten eggs. If you smell gas, leave the area immediately. Call 911 or PSE&G at 800-880-PSEG (7734). For more information, visit pseg.com/SmellGas.

**If you worked in 2025 and earned less than $69,000,** you may qualify to receive an Earned Income Tax Credit (EITC) of up to $8,046 on your federal taxes and up to $3,218 on your NJ state taxes. For more information, call the IRS at 1-800-829-1040 or the NJ Division of Taxation at 1-888-895-9179. You can also visit irs.gov/eitc or njeitc.org. To learn how to file your taxes free of charge, call 211 or visit nj211.org.

OSCAR CASTRO
DANIELA MARTINEZ

**ACCOUNT NUMBER**
7807371307

**SERVICE ADDRESS**
248 HIGHLAND AVE FL 2
KEARNY TOWN NJ 07032-2058

## Snapshot of what you owe

See page 2 for details

| | |
|---|---|
| Balance remaining from your last bill | $0.00 |
| *Plus* This month's charges and credits | -$128.17 |
| **Total credit balance** | **$128.17 CR** |

### You have a credit on your final PSE&G bill.

If you have another PSE&G account, this credit will be transferred to that account. If not, and the credit is due to an overpayment, you can receive your credit electronically. If we have your email address, you will receive an email from JP Morgan to accept your credit. If we don't have your email address, your credit will be mailed as a check to the mailing address you provided. Questions? Please call (800) 357-2262.

### How to contact us

**Visit pseg.com** or **access *My Account*** for your account info.

**Download our mobile app.** To learn more, visit pseg.com/app.

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734).
> Report and track outages by texting **OUT** or **STAT.**

**Call 1-800-436-PSEG (7734)**
Customer Service: 7am to 8pm Mon-Fri
Emergencies / Outages / WorryFree Services: 24/7
TDD/TTY for the hearing impaired: 711

@PSEG @PSEG @PSEGDelivers



PSEG

**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to enroll me in paperless billing at this email address: ____________________

Account number 7807371307
Automatic bill payment - do not pay

**Amount enclosed**

OSCAR CASTRO
DANIELA MARTINEZ
248 HIGHLAND AVE
KEARNY TOWN NJ 07032-2058

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

7807371307 0000128171 0000000007

OSCAR CASTRO
DANIELA MARTINEZ
**Your account number: 7807371307**
Invoice Number: 605008429487

## Balance remaining from your last bill

| | | |
|---|---|---|
| | PSE&G balance from last bill | $209.00 |
| *Less* | Payment received March 16, 2026 – *thank you!* | -$209.00 |
| | **Balance remaining from your last bill** | **$0.00** |

## This month's charges and credits

| | | |
|---|---|---|
| | Gas charges - PSE&G | $76.78 |
| *Plus* | Electric charges - PSE&G | $34.61 |
| *Less* | Other PSE&G Credits and Charges - *see page 4 for details* | -$239.56 |
| | **This month's charges and credits** | **-$128.17** |

**Total amount due** **$128.17 CR**

### Don't miss your meter reading

If you'll be away on your meter reading day, use our mobile app to upload a picture of your meter or enter your reading manually, or call 1-800-622-0197.

### Electric & Gas Rate Information

For news about PSE&G's rate filing and upcoming public hearings visit www.pseg.com/pseandgfilings. Under applicable tax law, the State Sales and Use Tax and corporate business tax are imposed upon the energy you have used.

## Message Center (Continued from page 1)

Si desea recibir en español una notificación de desconexión del servicio, llame al **1-800-357-2262.**

If you or a member of your household rely on electricity to operate life sustaining equipment, please notify PSE&G. For more information, visit **pseg.com/life** or call **1-800-436-PSEG**.

A Whole Home Energy Assessment from PSE&G can make your home more energy efficient. In about an hour, a certified energy adviser will do a walk-through of your home, provide recommendations, and install energy-saving products--all at no cost. Visit pseg.com/WHEA to schedule your assessment.

Get convenient, online access to your account. Sign up for *My Account* to view/pay bills, review usage history, report/track an outage, schedule a service appointment and more. Log in or register through *My Account* at pseg.com.



## IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

**My Account**
Make a payment anytime from a checking or savings account stored in *My Account*. Visit pseg.com/MyAccount.

**Automatic Bill Pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates. Enroll at pseg.com/Autopay.

**Mobile App**
Download our mobile app and login using your *My Account* password.

**Pay by Text**
Text PAY to 4PSEG (47734).

**Phone**
**Bank Account:** 1-800-553-7734
**Credit Card:** 1-833-277-8710

**By Mail**
Make your check payable to PSE&G and write your account number on your check.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**In Person**
Payments are accepted at any customer service center or authorized location. Visit pseg.com/csc for customer service center locations.

When you pay online or through our mobile app you can also pay with PayPal, Google Pay Apple Pay, Venmo or credit card. There is a fee associated with these payment methods.

**GO PAPERLESS!** To sign up visit **pseg.com/paperless**

OSCAR CASTRO
DANIELA MARTINEZ
**Your account number: 7807371307**
Invoice Number: 605008429487

## Details of your gas charges

Your rate: Residential Service Gas-Heating - RSG (HTG)

| *Meter # 4336562* | *Usage* | |
|---|---|---|
| Estimated reading Mar 30, 2026 | 8154 | |
| Less Actual reading Mar 2, 2026 | 8095 | |
| **Difference** | **59** | |
| Converted to CCF x 1.012 | 59.708 | |
| Converted to therms x 1.035 | 61.798 | |
| **Total gas you used in 28 days** | **61.798** | **therms** |

### Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $9.33 |
| Charges for delivering gas to you: | 61.798 therms x $0.669763 | $41.39 |
| Balancing Charge | 35.644 therms x $0.100718 | $3.59 |
| **Total gas delivery charges** | | **$54.31** |

### Supply charges

| | | |
|---|---|---|
| Cost of gas: | 61.798 therms x $0.363604 | $22.47 |
| **Total gas supply charges** | | **$22.47** |
| **Total gas charges** | | **$76.78** |

### How much gas are you using?




Visit MyAccount for more details regarding your energy usage.

### Explaining gas charges

We measure the volume of gas you use in cubic feet (CCF) and then convert it to therms.

If you used a standard gas clothes dryer, it would take about 6 hours to equal 1 therm of energy.

### About the balancing charge

The balancing charge includes pipeline, storage and other costs associated with seasonal peaks in usage. It applies from October to May.

### Price to compare

If you want to consider getting your gas supply from another supplier, you can compare their price with ours. This month, your cost for gas supply is $22.47 (or an average of 0.36360400 per therm). This *price to compare* varies from month to month, depending on your usage.

**Your PoD ID is: PG000011757079641390 –** Your PoD ID is your Point of Delivery identification within PSE&G's system. You will need this number if you are considering enrolling with another supplier.

OSCAR CASTRO
DANIELA MARTINEZ
**Your account number: 7807371307**
Invoice Number: 605008429487

## Details of your electric charges

Your rate: Residential Service (RS)

| *Meter # 302307411* | *Usage* | |
|---|---|---|
| Actual reading Mar 30, 2026 | 12055 | |
| Less Actual reading Mar 3, 2026 | 11942 | |
| **Total electric you used in 27 days** | **113** | **kWh** |

### Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $5.40 |
| Charges for delivering electric to you: | | |
| kWh charges | 113 kWh x $0.059912 | $6.77 |
| **Total electric delivery charges** | | **$12.17** |

### Supply charges

| | | |
|---|---|---|
| Cost of electric: | | |
| Charges | 113 kWh x $0.198584 | $22.44 |
| **Total electric supply charges** | | **$22.44** |

**Total electric charges** **$34.61**

### How much electric are you using?




Visit MyAccount for more details regarding your energy usage.

### Energy Watch: Compare Your Electric Costs

| | Total Charges: | Days in Bill Cycle: | Average Daily Charges: |
|---|---|---|---|
| Last Bill: | $46.85 | 32 | $1.46 |
| Current Bill: | $34.61 | 27 | $1.28 |
| Difference: | -$12.24 | -5 | -$0.18 |

### Explaining electric charges

We charge for the electric you use in kilowatt hours (kWh). 1 kilowatt is equal to 1,000 watts.

If you use a standard LCD TV which uses ~150 watts while operating, it would take 7 hours of use to equal 1 kWh.

### Price to compare

If you want to consider getting your electric supply from another supplier, compare their price with ours. This month, your cost for energy supply is $22.44 (or an average of 0.198584 per kWh). This *price to compare* varies month to month, depending on your usage.

**Your PoD ID is: PE000011757080441390 –** Your PoD ID is your Point of Delivery identification within PSE&G's system. You will need this number if you are considering enrolling with another supplier.

## Other charges and credits

| | | |
|---|---|---|
| Deposit Returned | Apr 7, 2026 | -$234.00 |
| Deposit Interest Applied | Apr 7, 2026 | -$5.56 |

**Total other charges and credits** **$239.56 CR**

PSEG

Total amount due $83.84
Please pay by August 14, 2026

# Your energy bill

**Bill date:** July 30, 2026
**For the period:** June 30, 2026 to July 28, 2026

## Message Center

**This bill reflects BPU-approved changes in the Supply portion of your electric bill, effective on and after July 15, 2026.** The increase in the Supply portion of your bill is due to changes in the Transmission Charge. As a result of these changes, a typical residential customer who receives electric Supply from PSE&G and uses 558 kilowatt-hours in an average month will see an average monthly increase of $2.68, or approximately 1.8%. Tariff information may also be found by visiting pseg.com.

**If you are behind on your energy bills and at risk for service shut-off,** you may qualify for a program that protects you from having your electricity turned off from June 15 through August 31. Visit pseg.com/Help for details.

**OSCAR CASTRO**
**DANIELA MARTINEZ**

**ACCOUNT NUMBER**
7841824807

**SERVICE ADDRESS**
90 DOW ST APT 1
BELLEVILLE TWP NJ 07109-2975

## Snapshot of what you owe

See page 2 for details

| | |
|---|---|
| Balance remaining from your last bill | $0.00 |
| *Plus* This month's charges and credits | $83.84 |
| **Total amount due by Aug 14, 2026** | **$83.84** |

***If you were enrolled in our Equal Payment Plan,*** *your monthly payment would be $167.00. To automatically enroll in this plan, please pay $167.00 instead of the amount due on this bill. For more information, visit pseg.com/epp.*

**NEXT METER READING** August 26, 2026

## How to contact us

**Visit pseg.com** or **access *My Account*** for your account info.

**Download our mobile app.** To learn more, visit pseg.com/app.

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734).
> Report and track outages by texting **OUT** or **STAT.**

**Call 1-800-436-PSEG (7734)**
Customer Service: 7am to 8pm Mon-Fri
Emergencies / Outages / WorryFree Services: 24/7
TDD/TTY for the hearing impaired: 711

@PSEG @PSEG @PSEGDelivers



PSEG

Account number 7841824807
Total amount due by Aug 14, 2026 $83.84

**Amount enclosed**

**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic Debits using the bank account number on the enclosed check.

☐ By checking this box, I authorize PSE&G to enroll me in paperless billing at this email address: ____________________

OSCAR CASTRO
DANIELA MARTINEZ
248 HIGHLAND AVE
KEARNY TOWN NJ 07032-2058

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

7841824807 0000083844 00000000008

OSCAR CASTRO
DANIELA MARTINEZ
**Your account number: 7841824807**
Invoice Number: 603509505530

# Details of your gas charges

Your rate: Residential Service Gas-Heating - RSG (HTG)

| *Meter # 5396004* | *Usage* | |
|---|---|---|
| Actual reading Jul 27, 2026 | 2387 | |
| *Less* Actual reading Jun 29, 2026 | 2383 | |
| **Difference** | **4** | |
| Converted to CCF x 1.012 | 4.048 | |
| Converted to therms x 1.031 | 4.173 | |
| **Total gas you used in 28 days** | **4.173** | **therms** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $10.00 |
| Charges for delivering gas to you: | | |
| | 4.173 therms x $0.687755 | $2.87 |
| **Total gas delivery charges** | | **$12.87** |

## Supply charges

| | | |
|---|---|---|
| Cost of gas: | | |
| | 4.173 therms x $0.364246 | $1.52 |
| **Total gas supply charges** | | **$1.52** |
| **Total gas charges** | | **$14.39** |

## Explaining gas charges

We measure the volume of gas you use in cubic feet (CCF) and then convert it to therms.

If you used a standard gas clothes dryer, it would take about 6 hours to equal 1 therm of energy.

## Price to compare

If you want to consider getting your gas supply from another supplier, you can compare their price with ours. This month, your cost for gas supply is $1.52 (or an average of 0.36424635 per therm). This *price to compare* varies from month to month, depending on your usage.

**Your PoD ID is: PG000009783249741390 –** Your PoD ID is your Point of Delivery identification within PSE&G's system. You will need this number if you are considering enrolling with another supplier.

## How much gas are you using?




Visit MyAccount for more details regarding your energy usage.

**OSCAR CASTRO**
**DANIELA MARTINEZ**
**Your account number: 7841824807**
Invoice Number: 603509505530

# Details of your electric charges

Your rate: Residential Service (RS)

| ***Meter # 302742897*** | ***Usage*** | |
|---|---|---|
| Actual reading Jul 28, 2026 | 5744 | |
| *Less* Actual reading Jun 29, 2026 | 5520 | |
| **Total electric you used in 29 days** | **224** | **kWh** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $6.00 |
| Charges for delivering electric to you: | | |
| kWh charges | | |
| For the first | 177 kWh x $0.090226 | $15.97 |
| For the next | 47 kWh x $0.090213 | $4.24 |
| **Total electric delivery charges** | | **$26.21** |

## Supply charges

| | | |
|---|---|---|
| Cost of electric: | | |
| Charges | | |
| For the first | 115 kWh x $0.190696 | $21.93 |
| For the next | 109 kWh x $0.195505 | $21.31 |
| **Total electric supply charges** | | **$43.24** |

**Total electric charges** **$69.45**

## How much electric are you using?




Visit MyAccount for more details regarding your energy usage.

## Energy Watch: Compare Your Electric Costs

| | Total Charges: | Days in Bill Cycle: | Average Daily Charges: |
|---|---|---|---|
| **Last Bill:** | $76.15 | 31 | $2.46 |
| **Current Bill:** | $69.45 | 29 | $2.39 |
| **Difference:** | -$6.70 | -2 | -$0.06 |

### Explaining electric charges

We charge for the electric you use in kilowatt hours (kWh). 1 kilowatt is equal to 1,000 watts.

If you use a standard LCD TV which uses ~150 watts while operating, it would take 7 hours of use to equal 1 kWh.

### Price to compare

If you want to consider getting your electric supply from another supplier, compare their price with ours. This month, your cost for energy supply is $43.24 (or an average of 0.193036 per kWh). This *price to compare* varies month to month, depending on your usage.

**Your PoD ID is: PE000009783250541390 –** Your PoD ID is your Point of Delivery identification within PSE&G's system. You will need this number if you are considering enrolling with another supplier.

# Rental Contract / lease

***This contract*** **is made between Wilson Simbana, 90 Dow Street, NJ 07109, herein called Owner, and Andrés Castro, Daniela Martinez called Tenant in apt # 1 hereby offers to lease from Owner the premises situated in Belleville, in the state of New Jersey described as residential rental apartment, upon the following TERMS and CONDITIONS.**

***1. Terms and Rent.*** **Tenant rents the above premises for a term of 1 year**

**Commencing on 04 /01 /2026 .**

**And terminating on 04 /01 /2027**

**Or sooner as provided herein at rental of $ 2400 – USD payable each month in advance on the first day of each week for that month's rental, during the term of this lease. All rental payments shall be made to Wilson Simbana.**

**<u>If tenant is moving out before lease expires no security will be returned.</u>**

***2. Use.*** **Tenant shall use and occupy the premises for residence only. The premises shall not be used for any other purpose. Tenant represents that the premises may only be used for such purpose. No parties or loud music is allowed. <u>No littering, smoking, veiling, or playing in hallways. Tenant acknowledges that there will be not problems with the owner and other tenant as to noise in the apartment and common areas.</u> All garbage must be placed inside garbage can in proper garbage bags (no supermarket bags). Tenant statement of agreement 2 people. Tenant acknowledges that no person is to move into the apartment if their name is not on the lease.**

***3. Care and Maintenance of premises.*** **Tenant has inspected apartment and declares there are no damages and no repair needed. The apartment is new and is good condition. Any repair required caused by tenant be charged to tenant.**

***4. Alterations.*** **Tenant shall not, without first obtaining the written consent of Owner, make any alterations, additions or improvements in to or about Premises.**

*5. Ordinances and Statutes.* Lessee shall comply with all statutes, ordinances and requirements of all municipal, Belleville state NJ and federal authorities now in force, or which may hereafter be in force, pertaining to the premises, occasioned by or affecting the use thereof by tenant.

*6. Assignments and Subletting.* Tenant shall not assign this lease or sublet any portion of the premises without prior written consent of the Owner, which shall not be unreasonably withheld. Any such assignment or subletting without consent shall be void and, at the option of the Owner, may terminate this lease.

*7. Utilities.* All utility services are not included, including those for sewer, water, gas, electricity, and telephone services.

*8. Entries and Inspection.* Tenant shall permit Owner's agents to enter upon the premises at reasonable Times and upon one day notice, for the purpose of inspecting the same, and will permit Owner at any time within sixty (60) days prior to the expiration of this lease, to place upon the premises any usual "To Let" or "For Rent" signs, and permit persons desiring to lease the same to inspect the premises thereafter.

*9. Possession.* If Owner is unable to deliver possession of the premises at the commencement hereof, Owner shall not be liable for any damage caused thereby, nor shall this lease be void or avoidable, but Tenant shall not be liable for any rent until possession is delivered. Lessee may terminate this lease if possession is not delivered within 7 days of the commencement of the term hereof.

*10. Indemnification of Owner.* Owner shall not be liable for any damage or injury to Tenant, or any other person, or to any property, occurring on the demised premises or any part thereof, and Tenant agrees to hold Owner harmless from any claims for damages, no matter how caused.

*11. Insurance.* Tenant, at his own expense, shall be responsible for his own theft insurance for there personal property located with in the premises rent apartment. Owner shall not have any responsibility to insure or replace any personal property stolen or damaged.

*12. Eminent Domain.* If the premises or any part there of or any estate therein, or any other part of the building materially affecting tenant's use of the premises, shall be taken by eminent domain, this lease shall terminate on the date when title vests pursuant to such taking.

*13. Destruction of Premises.* If the premises is destroyed or damaged by tenant inside apartment or hallway or common areas of building tenant will be responsible for the cost of repairs.

*14. Lessor's Remedies on Default.* If tenant defaults in the payment of rent, or any additional rent, or defaults in the performance of any of the other covenants or conditions hereof, Owner may give tenant notice of such default and if tenant does not cure any such default within 5 days, after the giving of such notice (or if such other default is of such nature that it cannot be completely cured within such period, if tenant does not commence such curing within such 5 days and thereafter proceed with reasonable diligence and in good faith to cure such default), then Owner may terminate this lease on not less than 5 days' notice to tenant. On the date specified in such notice the term of this lease shall terminate, and Lessee shall then quit and surrender the premises to Owner, without extinguishing tenant's security - deposit If this lease shall have been so terminated by, Owner may at any time thereafter resume possession of the premises by any lawful means and remove tenant or other occupants and their effects. No failure to enforce any term shall be deemed a waiver.
fd

*15. Security Deposit.* **Tenant shall deposit with the Owner on the signing of this lease the total sum equal to one month of rent as security for the performance of tenant's obligations under this lease,** including without limitation the surrender of possession of the premises to Owner as herein provided. If Owner applies any part of the deposit to cure any default of tenant, tenant shall on demand deposit with Owner the amount so applied so that Owner shall have the full deposit on hand at all times during the term of this lease. Upon termination of lease when return deposit applies, Owner has 5 business days after apartment is empty for inspection and return of security deposit. $ 2400 —

*16. Tax Increase.* In the event there is any increase during any year of the term of this lease in the City, County or State real estate taxes over and above the amount of such taxes assessed for the tax year during which the term of this lease commences, whether because of increased rate or valuation, Owner may increase rent upon presentation of tax bill to an equal amount among all tenants for the increase tax.

*17. Attorney's Fees.* In case suit should be brought for recovery of the premises or for any sum due hereunder, or because of any act which may arise out of the possession of the premises, Tenant shall be entitled to all costs incurred in connection with such action, including a reasonable attorney's fee.

*18. Waiver.* No failure of Owner to enforce any term hereof shall be deemed to be a waiver.

*20. Notices.* Any notice which either party may or is required to give, shall be given by mailing the same, postage prepaid, to tenant at the premises, or Owner at the address specified above, or at such other places as may be designated by the parties from time to time.

*21. Heirs, Assigns, Successors.* This lease is binding upon and inures to the benefit of the heirs, assigns and successors in interest to the parties.

*22. Option to Renew.* Owner will evaluate tenant based on the terms of lease and possible defaults occurred. New rent may be increased by Owner. Please be advised that there is no rent control governing this rental property.

*23. Subordination.* This lease is and shall be subordinated to all existing and future liens and encumbrances against the property.

*24. Radon Gas Disclosure.* As required by law, (Landlord) (Seller) makes the following disclosure: "Radon Gas" is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in. Additional information regarding radon and radon testing may be obtained from your county public health unit.

*25. Pest Control.* Tenant agrees to let Landlord, exterminate their apartment once a month, as required by law. Shall Tenant have any medical condition that prevents the exterminating of it; they must provide us with a letter from their respective doctor. If the latest is the case, Tenant must hire an exterminator every month, and show Landlord the receipt of the extermination with the next rent payment with Landlord's written consent.

*26. Lease Expiration.* Tenant must notify owner in writing 60 days prior to lease expiration to renew lease with new terms. Failure to do so will result in loss of security deposit.

*28. Phone Number.* Tenant agrees to let Landlord know of any phone number changes.

29. *Moving out.* Tenant shall not move out of the apartment after 10 pm of the day on which it was agreed. Tenant must notify Landlord if he/she will put furniture in the garbage room one day ahead.

30. Premises. Any changes that Tenant would like to do to the premises must be approved by Landlord. That includes change of locks.

31. NO RENT CONTROL.

32. Entire Agreement. The foregoing constitutes the entire agreement between the parties and may be modified only by a writing signed by both parties. The following Exhibits, if any, have been made a part of this lease before the parties' execution here of:

By: Andres Castro _______________ Lease

213-840-5650

By: _______________ Owner

9733924680 - CHELA.

# EXHIBIT G

Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**OSCAR ANDRES CASTRO GARRIDO**
**Country of Birth:** Ecuador
**A-Number:** 231617499

## Current Detention Facility:

DELANEY HALL DETENTION FACILITY
451 DOREMUS AVENUE
NA
NEWARK, NJ 07105
**Visitor Information:** (973) 474-2200

MORE INFORMATION >




# ERO Office Information